

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00196-CR

Martin **SANTA CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2364
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 4, 2014.

Catherine Stone, Chief Justice